IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                              CASE NO. 13-CR-40003

ALICE FAYE ARNOLD                                                                        DEFENDANT

## ORDER

Before the Court is Defendant Alice Faye Arnold's Motion to Terminate Supervised Release. ECF No. 33.  The government has responded.  ECF No. 34.  The Court, being well and sufficiently advised that the government has no objection, finds that, in accordance with 18 U.S.C. § 3583(e)(1), the motion should be and hereby is **GRANTED** based upon Defendant's good behavior and in the interests of justice.  Accordingly, Defendant's term of supervised release is terminated.

**IT IS SO ORDERED**, this 4th day of March, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge